United States Bankruptcy Court
Western District of Oklahoma

In re:  
Lendon Wayne Marks, Jr  
Carolyn A Marks  
    Debtors

Case No. 23-12023-SAH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5    User: admin    Page 1 of 2  
Date Rcvd: Aug 01, 2023    Form ID: 309A    Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lendon Wayne Marks, Jr, Carolyn A Marks, 1400 NW 12th St Apt 101, Moore, OK 73170-1031 |
| 6764174 | + | Bank of Ozk, c/o Jason McCart,, RRVM, 101 Park Avenue 101, Oklahoma City, OK 73102-7201 |
| 6764177 | + | RW Companies, 8501 S Walker, Oklahoma City, OK 73139-9445 |
| 6764179 | | Tinker Federal Credit Union, PO Box 5118, Carol Stream, IL 60197-5118 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: amanda@blackwoodlawfirm.com | Aug 01 2023 20:52:00 | Amanda R Blackwood, Blackwood Law Firm, PLLC, 512 NW 12th Street, Oklahoma City, OK 73103 |
| tr | + | EDI: QJDMASHBURN.COM | Aug 02 2023 00:55:00 | John D. Mashburn, 1616 E 19th Street, Suite 301A, Edmond, OK 73013-6519 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Aug 01 2023 20:52:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Aug 01 2023 20:52:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 6764175 | + | EDI: TSYS2 | Aug 02 2023 00:55:00 | Barclays Bank Deleware, 100 West Street, Wilmington, DE 19801-5015 |
| 6764176 | + | EDI: AAFES | Aug 02 2023 00:55:00 | Military Star, PO Box 740890, Cincinnati, OH 45274-0890 |
| 6764178 | + | Email/Text: bankruptcy@tinkerfcu.org | Aug 01 2023 20:52:00 | Tinker Federal Credit Union, PO Box 45750, Oklahoma City, OK 73145-0750 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 1087-5 | User: admin | Page 2 of 2
Date Rcvd: Aug 01, 2023 | Form ID: 309A | Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023              Signature:      /s/Gustava Winters

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Lendon Wayne Marks Jr | Social Security number or ITIN | xxx–xx–9654 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | Carolyn A Marks | Social Security number or ITIN | xxx–xx–6412 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Oklahoma | Date case filed for chapter 7 | 7/31/23 |
| Case number: | 23–12023 – SAH | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | Debtor's full name | Lendon Wayne Marks Jr | Carolyn A Marks |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 1400 NW 12th St Apt 101<br>Moore, OK 73170 | 1400 NW 12th St Apt 101<br>Moore, OK 73170 |
| 4. | Debtor's attorney<br>Name and address | Amanda R Blackwood<br>Blackwood Law Firm, PLLC<br>512 NW 12th Street<br>Oklahoma City, OK 73103 | Contact phone 405–309–3600<br>Email:<br>amanda@blackwoodlawfirm.com |
| 5. | Bankruptcy trustee<br>Name and address | John D. Mashburn<br>1616 E 19th Street, Suite 301A<br>Edmond, OK 73013 | Contact phone 405–726–9795<br>Email:  ecf@mashburnlaw.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor **Lendon Wayne Marks Jr** and **Carolyn A Marks**                                Case number **23–12023**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am – 4:30pm<br><br>Contact phone (405) 609–5700<br><br>Date: 7/31/23 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 30, 2023 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference:<br>877–950–4428<br>Participant Code:<br>1606685** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 10/30/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**

**NOTICE OF TELEPHONIC 341 MEETING OF CREDITORS**

**DUE TO THE URGENCIES OF THE PUBLIC HEALTH CRISIS RELATED TO COVID−19, THIS MEETING WILL BE HELD BY TELEPHONIC MEANS.**

The Debtor(s) is required to **APPEAR BY PHONE** at the meeting of creditors on the date and time provided for the purpose of being examined under oath. Attendance **BY PHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Prior to the time provided, dial the telephone number and use the code provided to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and please do not select any other feature. If the automated attendant asks for a security code, one is not required. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible, to call from a quiet location, and to not use a "speaker" function or place the call on hold (as this may cause music or other noises to play during the meetings of other participants on the call).

Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

**<u>DO NOT COME TO THE COURTHOUSE.</u> THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**